# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## Austin Division

| | | |
|---|---|---|
| IN RE: **Dune Energy, Inc. and Dune Properties, Inc.**, Debtor(s) | Bankruptcy Case No.: | 15–10336–hcm |
| | Chapter No.: | 11 |

| | | |
|---|---|---|
| **Dan B Lain** | | |
| Plaintiff | Adversary Proceeding No.: | 17–01052–hcm |
| v. | Judge: | H. Christopher Mott |
| **James A Watt et al.** | | |
| Defendant | | |

## TRANSMISSION OF NOTICE OF APPEAL TO DISTRICT COURT

TO THE CLERK, UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF TEXAS:

Pursuant to Fed. R. Bankr. P. 8003(d), the Bankruptcy Clerk has transmitted the Notice of Appeal filed in Adversary Proceeding No.: 17–01052–hcm . A subsequent transmittal shall be made once the record on appeal is complete pursuant to Fed. R. Bankr. P. 8010(b). The Notice of Appeal, filed by **James A. Watt, et al.**, relates to:

Doc. #70 – Judge's Memorandum/Opinion relating to [#31] Motion to Remand or Abstain and Brief in Support Filed by Jacob B. Kring for Plaintiff Dan B Lain.

Doc. #71 – Order Remanding relating to [#31] Motion to Remand or Abstain and Brief in Support Filed by Jacob B. Kring for Plaintiff Dan B Lain.

| | |
|---|---|
| ☒ | Filing Fee Paid |
| ☐ | Filing Fee Not Paid |
| ☐ | Additional Items: |

**REMARKS**:

Dated: 9/8/17

Yvette M. Taylor
Clerk, U. S. Bankruptcy Court

BY: Rob Lawson , Deputy Clerk

[LtrTrnNtcDCAP] [LtrTrnNtcDCAP]