# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| IN RE:<br><br>DUNE ENERGY, INC.,<br>DUNE OPERATING COMPANY<br>DUNE PROPERTIES, INC.<br><br>                Debtors. | CHAPTER 11<br><br>CASE NO. 15-10336-HCM<br>CASE NO. 15-10337-HCM<br>CASE NO. 15-10338-HCM<br><br>(JOINTLY ADMINISTERED<br>UNDER CASE NO. 15-10336) |
| DAN B. LAIN, TRUSTEE OF THE<br>DUNE PLAN TRUST,<br><br>                Plaintiff,<br>  vs.<br><br>JAMES A WATT, ET AL.<br><br>                Defendants. | 1:17-cv-00877-RP |

## JOINT STIPULATION AND ORDER OF DISMISSAL PURSUANT TO FED. R. BANKR. P. 8023 AND FED. R. APP. P. 42

Pursuant to Federal Rule of Bankruptcy Procedure 8023 and Federal Rule of Appellate Procedure 42, Plaintiff Dan B. Lain, Trustee of The Dune Plan Trust ("Plaintiff") together with Defendants James A. Watt, Frank T. Smith Jr., Hal L. Bettis, Amiel David, Alan Gaines, Alan D. Bell, Alexander A. Kulpecz, Jr., Emanuel R. Pearlman, Eric R. Stearns, John A. Brecker, Marjorie L. Bowen, Michael A. Keener, Richard M. Cohen, Robert A. Schmitz, Steven P. Kovacs, Steven Barrenechea, Steven M. Sisselman, and William E. Greenwood ("Defendants"), by and through their respective undersigned counsel, stipulate to the dismissal of this Appeal.

Plaintiff and Defendants agree that the above-captained appeal is dismissed and that each party shall bear its own costs and expenses relating thereto.

**THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:** the above-captioned appeal is dismissed without costs.

1

Dated: February 1, 2018.

**AGREED:**

| **HEDRICK KRING, PLLC** | **PORTER HEDGES LLP** |
|---|---|
| By: : */s/ Joshua L. Hedrick*<br>Joshua L. Hedrick<br>State Bar No. 24061123<br>Joel B. Bailey<br>Texas State Bar No. 24069330<br>Britton D. McClung<br>Texas State Bar No. 24069330<br>Laura M. Fontaine<br>Texas State Bar No. 24082690<br>1700 Pacific Avenue, Suite 4650<br>Dallas, Texas 75201<br>Telephone: 214-880-9600<br>Josh@HedrickKring.com<br>Joel@HedrickKring.com<br>Britt@HendrickKring.com<br>Laura@HendrickKring.com<br><br>– and –<br><br>**STRICKLIN LAW FIRM, P.C.**<br>Samuel M. Stricklin<br>Texas State Bar No. 19397050<br>Palisade Central II<br>2435 North Central Expressway, Suite 1200<br>Richardson, Texas 75080<br>Sam.stricklin@stricklaw.pro<br><br>*Counsel for Plaintiff.* | By: */s/ John F. Higgins*<br>John F. Higgins<br>State Bar No. 09597500<br>Alison P. Henderson<br>State Bar No. 24087707<br>1000 Main Street, 36th Fl.<br>Houston, Texas, 77002<br>Telephone: (713) 226-6648<br>Facsimile:  (713) 226-6248<br>Email: jhiggins@porterhedges.com<br>Email: ahenderson@porterhedges.com<br><br>**BROWN RUDNICK LLP**<br>Sigmund S. Wissner-Gross (*pro hac vice*)<br>Kenneth J. Aulet (*pro hac vice*)<br>Seven Times Square<br>New York, New York 10036<br>Telephone: (212) 209-4800<br>Facsimile:  (212) 209-4801<br>Email: swissner-gross@brownrudnick.com<br>Email: kaulet@brownrudnick.com<br><br>*Counsel for Defendants.* |

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Joint Stipulation and Order of Dismissal Pursuant to Fed. R. Bankr. P. 8023 and Fed. R. App. P. 42 was filed with the Court in electronic format, on the 1st day of February, 2018, and an electronic copy was served on counsel of record, as listed below, on the same date:

Joshua L. Hedrick
Joel B. Bailey
Britton D. McClung
Laura M. Fontaine
HEDRICK KRING, PLLC
1700 Pacific Avenue, Suite 4650
Dallas, Texas 75201
josh@hedrickkring.com
joel@hedrickkring.com
britt@hedrickkring.com
laura@hedrickkring.com

Samuel L. Stricklin
STRICKLIN LAW FIRM, P.C.
Palisade Central II
2435 North Central Expressway, Suite 1200
Richardson, Texas 75080
sam.stricklin@stricklaw.pro

*/s/ John F. Higgins*
John F. Higgins